UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RAMONA LORENA TOPETE,

        Plaintiff,

   v.

HSBC MORTGAGE SERVICES, INC., et. al.,

        Defendants.

NO. CIV. S-09-2367 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant HSBC Mortgage Services, Inc., and Housekey Financial Corporation's Motion to Dismiss (Docket #9), Defendant Wilmington Finance's Motion to Dismiss (Docket #12), and Defendant Golden Hills Associates, Inc., Ernesto Martinez, and Robert Fernandez' Motion to Dismiss (Docket #16) is continued to January 15, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than December 31, 2009.  The Defendants may file and serve their replies on or before January 8, 2010.

  2. Plaintiff's counsel is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).

  3. Plaintiff's counsel shall file her response to the order to show cause on or before December 31, 2009.

  4. A hearing on the order to show cause, if necessary, will follow the hearing on the Motions.

  IT IS SO ORDERED.

DATED: November 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE