UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMONA LORENA TOPETE,

        NO. CIV.S-09-2367 FCD GGH

    Plaintiff,

  v.                        ORDER FOR SANCTIONS

HSBC MORTGAGE SERVICES, INC.,
et. al.,

    Defendants.

    On November 2, 2009, plaintiff's counsel, Ms. Sharon L. Lapin, was ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition brief or notice of non-opposition. The court ordered counsel to file her response to the Order to Show Cause on or before December 31, 2009. As of today's date, a response has not been filed, and the court makes the following orders:

    1.    Ms. Sharon L. Lapin shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

1  2. This sanction is personal to the attorney, is to be borne by her personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3. Not later than thirty (30) days from the filing of this Order, plaintiff's counsel shall file a declaration attesting to her compliance with the terms of this Order.

IT IS SO ORDERED.

DATED: January 5, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2